Anthony J. Davis, Esq. (#033811992) (adavis@ogcsolutions.com)
SANTOMASSIMO DAVIS LLP
1 Gatehall Drive, Suite 100
Parsippany, New Jersey 07054
(201) 712-1616
Attorneys for Plaintiffs
[*Additional Counsel listed below on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC.; MSPA CLAIMS 1, LLC; MSP RECOVERY CLAIMS PROV, SERIES LLC, and MSP RECOVERY CLAIMS COM, SERIES LLC, | Civil Action No. 2:21-cv-20451 <br><br> HON. ESTHER SALAS <br> HON. MICHAEL A. HAMMER |
| Plaintiffs, | |
| v. | |
| CELGENE CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, CHRONIC DISEASE FUND, d/b/a GOOD DAYS FUND, and PATIENT ACCESS NETWORK FOUNDATION | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO
DEFENDANT PATIENT ACCESS NETWORK FOUNDATION**

Plaintiffs, by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss with prejudice all claims set forth in the above-captioned case against Patient Access Network Foundation ("PANF"), including any claims which could have been or might have been brought against PANF in the above-captioned case, with each party to bear its own costs and fees. PANF has neither filed an answer to the complaint nor a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: December 9, 2024

Respectfully Submitted,

*/s/ Anthony J. Davis*
Anthony J. Davis, Esq. (#033811992)
(adavis@ogcsolutions.com)
SANTOMASSIMO DAVIS LLP
1 Gatehall Drive, Suite 100
Parsippany, New Jersey 07054
(201) 712-1616

Shereef H. Akeel (Mich. Bar No. P54345)
Adam S. Akeel (Mich. Bar No. P81328)
Sam R. Simkins (Mich. Bar No. P81210)
Daniel W. Cermak (Mich. Bar No. P84460)
Hayden Pendergrass (D.C. Bar No. 1646086)
**AKEEL & VALENTINE, PLC**
888 W. Big Beaver Road 350,
Troy, Michigan 48084
shereef@akeelvalentine.com
adam@akeelvalentine.com
sam@akeelvalentine.com
daniel@akeelvalentine.com
hayden@akeelvalentine.com

John W. Cleary (Fla. Bar No. 118137)
Aida M. Landa (Fla. Bar No. 0136451)
**MSP RECOVERY LAW FIRM**
2701 South Le Jeune Road
Coral Gables, Florida 33134
(305) 614-2222
alanda@msprecoverylawfirm.com
jcleary@msprecoverylawfirm.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/*Jennifer F. DiSena*
Jennifer F. DiSena, Senior Litigation Paralegal